Paul YONGO, Plaintiff—Appellant,

v.

HARRIS TEETER, INC., Defendant—
Appellee.

No. 08–1030.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 9, 2008.

Decided: June 2, 2008.

Paul Yongo, Appellant Pro Se.

Before NIEMEYER, KING, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Paul Yongo appeals the district court's
order accepting the recommendation of the
magistrate judge and dismissing his civil
complaint under 28 U.S.C. § 1915(e)(2)(B)
(2000). We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the district court. *See Yongo v. Harris Teeter,
Inc.,* No. 5:07–cv–00092–F, 2007 WL
3353416 (E.D.N.C. Nov. 7, 2007). We dispense with oral argument because the
facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED.